906

No. 76-6096.  BRINSON ET AL. *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 76-6099.  STREET *v.* WARDEN, MARYLAND PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 76-6119.  HUNT *v.* HAVENER, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 76-6177.  VICE ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76-6205.  RICHARDSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76-6240.  NOEL *v.* UNITED STATES;
No. 76-6243.  EASTER *v.* UNITED STATES;
No. 76-6259.  PROCTOR *v.* UNITED STATES; and
No. 76-6269.  BRYANT *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76-6246.  ORZECHOWSKI *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 76-6284.  DAVIS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76-6361.  CHAMBERLAIN *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 76-6363.  MAYNARD *v.* ILLINOIS.  App. Ct. Ill., 3d Dist. Certiorari denied.

No. 76-6368.  BLACK *v.* NEW HAMPSHIRE.  Sup. Ct. N. H. Certiorari denied.